KKO
F. #2019V02611

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST OF ARTICLE *IN REM* |
| Plaintiff, | Civil Action No. 20-2222 |
| -against- | |
| ONE CUNEIFORM TABLET KNOWN AS THE "GILGAMESH DREAM TABLET," | |
| Defendant *in rem*. | |

– – – – – – – – – – – – – – – – – – – – – – X

TO:   THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, HOMELAND SECURITY INVESTIGATIONS ("HSI"), CUSTOMS AND BORDER PROTECTION ("CBP"), AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, a Verified Complaint *in rem* was filed on or about May 18, 2020 in the United States District Court for the Eastern District of New York (the "Verified Complaint"), alleging that the above-captioned Defendant *in rem* constitutes stolen Iraqi property that was introduced or attempted to be introduced into the United States contrary to 18 U.S.C. § 2314, and is therefore subject to seizure and forfeiture to the United States, in accordance with 19 U.S.C. § 1595a(c)(1)(A); and

WHEREAS, the Court being satisfied that, based upon the Verified Complaint *in rem*, there is probable cause to believe that the Defendant *in rem* constitutes property that is subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(1)(A), and that grounds for issuance of a warrant for arrest of the article *in rem* exist, pursuant to Supplemental Rule G(3) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules");

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant *in rem* and use discretion and whatever means appropriate to protect and maintain the Defendant *in rem*; and

IT IS FURTHER ORDERED THAT the United States shall provide notice of this action to all persons thought to have an interest in or claim against the Defendant *in rem* by serving upon such persons a copy of this warrant and a copy of the Verified Complaint *in rem* in a manner consistent with the principles of service of an action *in rem* under Supplemental Rule G(4)(b) of the Supplemental Rules and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in accordance with the customs and practice of this district, and pursuant to Supplemental Rule G(4)(a);

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the Defendant *in rem*, any person claiming an interest in, or right against, the Defendant *in rem* shall file a verified claim identifying the specific property claimed by the claimant and the claimant's interest in the property.  The verified claim must be signed by the claimant under penalty of perjury, in the manner set forth in Supplemental Rule G(5) of the Supplemental Rules and the Federal Rules of Civil Procedure, except that in no event may such claim be filed later than thirty-five (35) days after service of the Verified Complaint *in rem*, or as

applicable, not later than thirty (30) days after the date of final publication of notice of the filing of this action.  All claimants must also file an answer to the Verified Complaint *in rem* or motion under Fed. R. Civ. P. 12 within twenty-one (21) days after the filing a claim.  All such claims and answers must be filed with the Clerk of Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Assistant United States Attorney Karin Orenstein, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
              ___May 19_____, 2020

                                                                    s/Ann M. Donnelly
                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    EASTERN DISTRICT OF NEW YORK