

**HM Courts & Tribunals Service**

ROYAL COURTS OF JUSTICE GROUP
Queen's Bench Division
Foreign Process Section
Room E14
Royal Courts of Justice
Strand, London
WC2A 2LL

DX 44459 Strand

T 020 7947 6920
F 0870 324 0025

Text Phone 18001 020 7947 6920
(Helpline for the deaf and hard of hearing)
www.hmcourts-service.gov.uk

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn NY 11201
USA

Our ref:

Your ref:

Date: 23 November 2020

Dear Sir,

I refer to your letter 18 November 2020 enclosing Letter of Request in the above matter. Please note the following so that we can process this.

Our Civil Procedure Rules require an application to be made accompanied by evidence and by the Letter of Request (Rule 34.17). A draft order is also required for the court's use. The Civil Procedure Rules can be accessed on the www.justice.gov.uk website; see http://www.justice.gov.uk/courts/procedure-rules/civil/rules/part34#II for a link to the relevant rule.

Most applicants for orders pursuant to letters of request instruct UK agents, i.e. solicitors firms, to make the application on their behalf.

Yours faithfully,

**Foreign Process Section**