

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BDM:SSS                                      *271 Cadman Plaza East*
F#: 2019V02611                               *Brooklyn, New York 11201*

July 16, 2021

<u>By ECF</u>

Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   United States v. One Cuneiform Tablet Known as the
>        "Gilgamesh Dream Tablet," Civil Docket No. 20-2222 (AMD)(PK)

Dear Judge Donnelly:

The government respectfully writes in connection with the above-referenced civil forfeiture proceeding in which the United States seeks forfeiture of the Defendant *in rem*, the Gilgamesh Dream Tablet (the "Tablet"), which was smuggled from Iraq. On or about June 23, 2020, Hobby Lobby Stores Inc. filed a claim asserting an interest in the Tablet. By order entered on June 14, 2021, the Court granted the government's motion to file an Amended Verified Complaint *in rem* by July 19, 2021. Earlier today, the government filed its Amended Verified Complaint *in rem* and the parties entered into a Stipulation of Settlement providing for the forfeiture of the Defendant *in rem*. The government respectfully requests that the Court enter the enclosed proposed Decree of Forfeiture and Order for Delivery directed to the Defendant *in rem*, which will resolve this litigation in its entirety.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Sylvia Shweder
Sylvia Shweder
Assistant U.S. Attorney
(718) 254-6092

DEBORAH CONNOR
Chief, Money Laundering & Asset
Recovery Section

By:   /s/
Ann Brickley
Trial Attorney, Money Laundering
& Asset Recovery Section
U.S. Department of Justice

cc:   Michael McCullough, Esq., counsel for Hobby Lobby Stores Inc. (via ECF and email)

2