BDM:SSS
F. #2019V02611

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

ONE CUNEIFORM TABLET KNOWN AS
THE "GILGAMESH DREAM TABLET,"

    Defendant *in rem*.

------------------------------X

DECREE OF FORFEITURE
AND ORDER FOR DELIVERY

Case No. 20-CV-2222

(Donnelly, J.)
(Kuo, M.J.)

WHEREAS, on or about September 24, 2019, the Honorable Robin M. Meriweather, United States Magistrate Judge for the District of the District of Columbia, issued a warrant (the "Seizure Warrant") authorizing the seizure of the above-captioned Defendant *in rem* from the Museum of the Bible in Washington, D.C., having been purchased by Hobby Lobby Stores Inc. (the "Claimant"), finding probable cause to believe that the Defendant *in rem* was subject to forfeiture to the United States pursuant to 19 U.S.C. § 1595a(c)(1)(A), as property involved in a violation of 18 U.S.C. § 2314;

WHEREAS, on or about September 24, 2019, agents of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), executed the Seizure Warrant against the Defendant *in rem* and seized the Defendant *in rem*;

WHEREAS, on or about May 18, 2020, the United States filed a Verified Complaint *in rem*, and on or about May 19, 2020, the Honorable Ann M. Donnelly, United States District Judge for the Eastern District of New York, issued a warrant for the arrest of the Defendant *in rem* (the "Warrant *in rem*"), finding probable cause to believe that the Defendant *in*

*rem* is subject to forfeiture to the United States pursuant to 19 U.S.C. § 1595a(c)(1)(A), as property involved in a violation of 18 U.S.C. § 2314;

WHEREAS, notice of the above-referenced Verified Complaint *in rem* was published on an official government forfeiture website, namely www.forfeiture.gov, for at least 30 consecutive days, beginning on May 21, 2020, and ending on June 20, 2020, and the United States served notice on any potential claimants known to the United States at that time;

WHEREAS, on or about June 23, 2020, the Claimant filed a Verified Claim of Interest in which it represented that it has an ownership interest in the Defendant *in rem*;

WHEREAS, with the exception of the Claimant, no other person or entity has filed with the United States a claim or verified statement of interest for the Defendant *in rem*, and the time in which to do so has expired;

WHEREAS, on or about July 15, 2021, the United States filed an Amended Verified Complaint *in rem* and alleged that the Defendant *in rem* is also subject to seizure and forfeiture to the United States pursuant to (a) 19 U.S.C. § 1595a(c)(1)(A), as property involved in a violation of 18 U.S.C. § 545; and (b) Title 19, United States Code, Section 2609, as property designated as archaeological or ethnological material that was exported from the Republic of Iraq and imported into the United States contrary to law; and

WHEREAS, pursuant to a Stipulation of Settlement entered into on or about July 15, 2021 (the "Stipulation"), the Claimant consented to forfeiture to the United States of the Defendant *in rem*, pursuant to 19 U.S.C. § 1595a(c)(1)(A), as property involved in a violation of 18 U.S.C. § 545, and Title 19, United States Code, Section 2609, as property designated as archaeological or ethnological material that was exported from the Republic of Iraq and imported into the United States contrary to law.

UPON the application of the United States,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.　Pursuant to 19 U.S.C. § 1595a(c)(1)(A) and 19 U.S.C. § 2609, the Defendant *in rem* is hereby forfeited and condemned to the use and benefit of the United States of America for the reasons set forth in the Amended Verified Complaint *in rem*;

2.　HSI, Customs and Border Protection and its agents are hereby directed to retain and store the Defendant *in rem* in accordance with all applicable laws and regulations.

3.　The Warrant *in rem* previously executed shall hereby be vacated.

4.　The District Court shall retain jurisdiction of this action to enforce the terms of the Stipulation.

5.　The Clerk of this Court shall forward six (6) certified copies of this Decree of Forfeiture and Order to the United States Attorney for the Eastern District of New York, Attention: Assistant United States Attorney Sylvia Shweder, 271 Cadman Plaza East, 8th Floor, Brooklyn, New York 11201, and shall then mark this case closed.

Dated:　　Brooklyn, New York
　　　　　July 26, 2021

　　　　　　　　　　　　s/Ann M. Donnelly
　　　　　　　　　　　　_____
　　　　　　　　　　　　THE HONORABLE ANN M. DONNELLY
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK